

| | UNITED STATES DISTRICT COURT | |
|---|---|---|
| **JEANNETTE J. CLACK**<br>**CLERK OF COURT** | **WESTERN DISTRICT OF TEXAS**<br>501 West 5th Street, Ste. 1100<br>Austin, TX 78701 | **PHILIP J. DEVLIN**<br>**CHIEF DEPUTY** |

**February 27, 2015**

Cathleen M. Combs  
James O. Latturner  
Catherine Anne Ceko  
Daniel A. Edelman  
Edelman, Combs, Latturner & Goodwin, LLC  
Chicago, IL 60603

Todd L. McLawhorn  
McLawhorn Law Offices, P.C.  
1 S. Dearborn, Ste. 2100  
Chicago, IL 60603

Joseph Frank Centrich  
Lance C. Winchester  
Clausen & Centrich, PLLC  
2002 Timberloch Place, Ste. 200  
The Woodlands, TX 77380

RE: Scott Dolemba v. Citizens Information Associates, LLC et al  
    1:15-cv-171-SS, Formerly Case No. 1:13-cv-6939

Dear Counsel:

This is to advise you that the above captioned case has been transferred from the Northern District of Illinois, Chicago Division , and filed in this office on February 27, 2015.

The case has been given case number **1:15-cv-171-SS** and assigned to the Honorable Sam Sparks. It is requested that all future pleadings reflect the case number assigned in this court and that they be filed in the Office of the Clerk at the above address.

Please be sure to review the Local Rules for the Western District of Texas, standing orders for the Austin Division, and the Administrative Policies and Procedures for Electronic Filing. The ***E-Filing and E-Noticing Registration Form*** and various other forms are available on our website *www.txwd.uscourts.gov*.

If you have any questions regarding the above information, please do not hesitate to call.

Sincerely,

*Olga Schroeder*

Deputy Clerk