# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SCOTT DOLEMBA, | § | |
| on behalf of himself and a class, | § | |
| | § | |
| Plaintiff, | § | 1:15-cv-171-SS |
| | § | |
| vs. | § | |
| | § | Judge Sam Sparks |
| CITIZENS INFORMATION | § | |
| ASSOCIATES, LLC; | § | |
| KYLE G. PRALL; | § | |
| RYAN H. RUSSELL; | § | |
| STAR NINE VENTURES, INC., | § | |
| d/b/a STAR NINE MARKETING; | § | |
| and JOHN DOES 1-10; | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff Scott Dolemba hereby dismisses all pending claims against Defendants without prejudice, with each party to bear their own costs and fees.

Respectfully submitted,

s/Cathleen M. Combs
Cathleen M. Combs

Cathleen M. Combs
IL Bar No. 00472840
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

      I, Cathleen M. Combs, hereby certify that on March 3, 2015, the foregoing document was filed electronically, and notification of such filing was served via the Court's CM/ECF system upon the following:

    Todd L. McLawhorn
    McLawhorn Law Offices P.C.
    407 S. Dearborn, Suite 1310
    Chicago, Illinois 60605
    Ph. (312) 939-0953
    Fax (312) 939-0983
    todd@mcllegal.com

    Joseph F. Centrich (pro hac vice)
    jcentrich@cpctexaslaw.com
    Lance C. Winchester (pro hac vice)
    Clausen & Centrich, PLLC
    2002 Timberloch Place, Suite 200
    The Woodlands, Texas 77380
    Tel: (281) 210-0140
    Fax: (866) 901-7829
    lance@lancewlaw.com

                                                              s/Cathleen M. Combs
                                                               Cathleen M. Combs

Cathleen M. Combs
IL Bar No. 00472840
EDELMAN, COMBS, LATTURNER
& GOODWIN, L.L.C.
20 S. Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX) (may use for service of pleadings)
Email address for service: courtecl@edcombs.com